## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-03130-CV-S-MDH |
| JERRY ARCHAMBAULT, | ) ) ) | |
| Defendant. | ) | |

### REPORT AND RECOMENDATION

Before the Court is the Petition for a Rehearing Pursuant to Rule 59 of the Federal Rules of Civil Procedure, filed personally by Defendant. (Doc. 33.) This matter has been referred to the undersigned for processing and handling. Upon review, it is **RECOMMENDED** that the relief requested be **DENIED** without prejudice as unauthorized by law.

Defendant seeks review by a District Judge of the undersigned's prior Order (doc. 32) denying his pro se Motion for the Statutory Provisioned Semi-Annual Conditional or Unconditional Discharge Release Hearing (doc. 30) as unauthorized by law. Defendant is currently confined at the Federal Medical Center in Rochester, Minnesota pursuant to a civil commitment under 18 U.S.C. § 4246. Therefore, by law, Defendant may not personally file a motion for a hearing to determine whether he should be discharged. *See United States v. O'Laughlin*, 934 F.3d 840, 841 (8th Cir. 2019) (Section 4247(h) requires that "motions for release from civil commitment be filed by an attorney or legal guardian for the committed person"), *cert. denied*, 140 S.Ct. 2535 (Mar. 23, 2020). Furthermore, the Federal Public Defender has been appointed to represent Defendant in this matter. Thus, Defendant has counsel, who may file a motion requesting a discharge hearing, if appropriate. Based on the foregoing, it is

**RECOMMENDED** that Defendant's *pro se* Petition for a Rehearing (doc. 33) seeking a discharge hearing be **DENIED** without prejudice as unauthorized by law. The Clerk's Office is directed to send a copy of this Report and Recommendation to Defendant via regular mail.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 30, 2021